UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OSCAR REYES RUBIO,

Petitioner,

v.

CHRISTOPHER LAROSE, *et al*.,

Respondents.

Case No.:  26-cv-144-JO-KSC

**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]**

Petitioner Oscar Reyes Rubio ("Petitioner") filed a petition for writ of habeas corpus.  Dkt. 1.  On January 22, 2026, the Court held oral argument on the petition.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 23, 2026.  Petitioner's release shall be subject to a $1,500 bond and the conditions set by the immigration judge at Petitioner's custody redetermination hearing held on August 18, 2025.  Respondents are ORDERED to file an affidavit attesting to Petitioner's release under these conditions by 5 p.m. on January 26, 2026.

(3) Respondents may hold a new bond hearing following Petitioner's release, at which the Government bears the burden of proving by clear and convincing

1

26-cv-144-JO-KSC

evidence that Petitioner poses a danger to the community or a flight risk to justify his redetention.  *See Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011).

(4) Respondents are ENJOINED from redetaining Petitioner prior to (1) providing him a bond hearing at which the Government bears the burden of proving by clear and convincing evidence that he poses a danger to the community or a flight risk to justify his redetention, *see id.*, and (2) filing a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 22, 2026

_____

Honorable Jinsook Ohta
United States District Judge

2

26-cv-144-JO-KSC